STATE, Respondent, vs. ROBBINS, Appellant.

*January 10—April 18, 1941.*

For the appellant there was a brief by *Lecher, Michael, Whyte & Spohn,* attorneys, and *John S. Best* and *Irving P. Mehigan* of counsel, all of Milwaukee, and oral argument by *Mr. Best, Mr. Mehigan,* and *Mr. Malcolm K. Whyte.*

For the respondent there were briefs by the *Attorney General, William A. Platz,* assistant attorney general, *Herbert J. Steffes,* district attorney of Milwaukee county, and *Gene L. Green,* assistant district attorney, and oral argument by *Mr. Platz* and *Mr. Green.*

PER CURIAM. This appeal involves the constitutionality of sec. 101.40, Stats. Mr. Justice FOWLER, Mr. Justice FRITZ, Mr. Justice FAIRCHILD, and Mr. Justice MARTIN are of the opinion that sec. 101.40 is unconstitutional and void. Mr. Chief Justice ROSENBERRY and Mr. Justice WICKHEM are of the view that the law is constitutional and valid. Since prior to the preparation of a formal opinion in the matter it has come to the attention of the court that the legislature has repealed sec. 101.40, it is considered unnecessary and inadvisable to give an extended statement of the conflicting views of the court concerning the validity of this law.

Judgment reversed, and cause remanded with directions to discharge the defendant.